The Honorable Edward F. Shea

Charles D. Zimmerman
Ogden Murphy Wallace, PLLC
One Fifth Street, Suite 200
PO Box 1606
Wenatchee, WA 98807
Attorney for Defendant City of West Richland

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| RYAN BONNALIE, a single man,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF WEST RICHLAND, municipal corporation; WILLIAM LEACH,<br><br>　　　　　Defendants. | NO. CV-10-05001 EFS<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

## *ORDER*

Based on the stipulation filed in this matter, it is hereby ordered that this action be dismissed with prejudice and without the award of costs or attorneys' fees to any party. This file shall be CLOSED.

DATED this 20th day of July, 2010.

s/ Edward F. Shea
_____
The Hon. EDWARD F. SHEA

{CDZW0149120.DOC;1\00174.055094\}
ORDER OF DISMISSAL WITH PREJUDICE
Page 1 of 2.

OGDEN MURPHY WALLACE, P.L.L.C.
1 Fifth Street, Suite 200
Wenatchee, Washington 98807-1606
Tel: 509.662.1954/Fax: 509.663.1553